IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CELIA S. SOLDERICH** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 07-4143 |
| | : | |
| **MICHAEL J. ASTRUE,** | : | |
| Commissioner of Social Security | : | |

## ORDER

**AND NOW**, this 10th day of June, 2009, upon consideration of the Plaintiff's Brief and Statement of Issues in Support of Request for Review (Document No. 13), the defendant's response (Document No. 14), the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski (Document No. 20), the Plaintiff's Objections to the Report and Recommendation (Document No. 22), and after a thorough and independent review of the record, it is **ORDERED** as follows:

1. The plaintiff's objections are **OVERRULED;**

2. The Report and Recommendation is **APPROVED** and **ADOPTED**;

3. The plaintiff's Request for Review is **DENIED**; and

4. **JUDGMENT** is entered in favor of the defendant and against the plaintiff.

/s Timothy J. Savage
TIMOTHY J. SAVAGE,  J.